**Title:** Big Wet Asses #19 **Network:** BitTorrent
**SHA-1 Hash:** E776C99EB5DA83A6F678A5EFCC36CBFB9F87680F **District:** Maryland

| DOE# | IP | Hit date (UTC) | City | State | ISP |
|---|---|---|---|---|---|
| 1 | 69.140.153.242 | 9/30/2011 0:57 | Chevy Chase | MD | Comcast Cable |
| 2 | 67.162.230.46 | 9/20/2011 0:11 | Salisbury | MD | Comcast Cable |
| 3 | 69.138.249.144 | 11/23/2011 22:24 | Laurel | MD | Comcast Cable |
| 4 | 69.140.208.124 | 11/22/2011 1:13 | Fort Washington | MD | Comcast Cable |
| 5 | 69.140.251.20 | 12/6/2011 7:01 | Owings | MD | Comcast Cable |
| 6 | 69.143.64.131 | 9/30/2011 22:11 | Middle River | MD | Comcast Cable |
| 7 | 69.251.192.161 | 12/9/2011 4:42 | Montgomery Village | MD | Comcast Cable |
| 8 | 71.200.76.110 | 11/28/2011 19:31 | Hurlock | MD | Comcast Cable |
| 9 | 76.100.212.113 | 12/6/2011 18:48 | Frederick | MD | Comcast Cable |
| 10 | 76.100.222.94 | 12/1/2011 2:40 | Elkton | MD | Comcast Cable |
| 11 | 76.106.73.25 | 11/28/2011 14:01 | Waldorf | MD | Comcast Cable |
| 12 | 76.114.129.124 | 11/29/2011 0:20 | Waldorf | MD | Comcast Cable |
| 13 | 76.21.232.140 | 9/5/2011 18:06 | Columbia | MD | Comcast Cable |
| 14 | 98.204.41.233 | 12/8/2011 14:14 | Frederick | MD | Comcast Cable |
| 15 | 98.211.118.64 | 12/9/2011 4:27 | Salisbury | MD | Comcast Cable |
| 16 | 98.218.204.231 | 12/1/2011 21:58 | Lanham | MD | Comcast Cable |
| 17 | 98.231.230.113 | 12/4/2011 23:35 | Odenton | MD | Comcast Cable |
| 18 | 98.233.219.229 | 11/30/2011 23:47 | Abingdon | MD | Comcast Cable |
| 19 | 173.10.135.171 | 12/3/2011 16:38 | Princess Anne | MD | Comcast Business Communications |
| 20 | 72.9.13.152 | 11/22/2011 8:35 | Leonardtown | MD | MetroCast Cablevision |
| 21 | 108.12.186.204 | 9/4/2011 4:30 | Edgewood | MD | Verizon Internet Services |
| 22 | 108.15.61.113 | 12/9/2011 9:41 | Catonsville | MD | Verizon Internet Services |

EXHIBIT A

MD20

| DOE# | IP | Hit date (UTC) | City | State | ISP |
|---|---|---|---|---|---|
| 23 | 108.28.93.239 | 12/2/2011 15:38 | Gaithersburg | MD | Verizon Internet Services |
| 24 | 108.3.198.154 | 9/19/2011 9:42 | Parkville | MD | Verizon Internet Services |
| 25 | 108.48.127.233 | 11/29/2011 10:44 | Gaithersburg | MD | Verizon Internet Services |
| 26 | 173.66.164.220 | 12/9/2011 5:18 | Beltsville | MD | Verizon Internet Services |
| 27 | 173.69.204.39 | 11/21/2011 21:37 | Severn | MD | Verizon Internet Services |
| 28 | 173.73.11.131 | 12/7/2011 1:04 | Germantown | MD | Verizon Internet Services |
| 29 | 173.73.110.149 | 9/1/2011 22:33 | Beltsville | MD | Verizon Internet Services |
| 30 | 71.126.169.4 | 9/10/2011 5:13 | Bowie | MD | Verizon Internet Services |
| 31 | 71.163.139.183 | 11/23/2011 14:01 | La Plata | MD | Verizon Internet Services |
| 32 | 71.163.32.181 | 12/1/2011 4:44 | Kensington | MD | Verizon Internet Services |
| 33 | 71.178.31.204 | 11/2/2011 2:40 | Lanham | MD | Verizon Internet Services |
| 34 | 71.246.236.228 | 12/7/2011 2:25 | Upper Marlboro | MD | Verizon Internet Services |
| 35 | 72.66.90.139 | 9/10/2011 4:12 | Bowie | MD | Verizon Internet Services |
| 36 | 96.239.136.140 | 11/27/2011 13:32 | Frederick | MD | Verizon Internet Services |
| 37 | 96.244.56.116 | 8/27/2011 23:01 | Severn | MD | Verizon Internet Services |
| 38 | 96.244.80.12 | 10/27/2011 2:49 | Belcamp | MD | Verizon Internet Services |
| 39 | 98.117.55.126 | 12/7/2011 6:08 | Windsor Mill | MD | Verizon Internet Services |

EXHIBIT A

MD20